

FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | O8 - OOO12m |
| Loreto Mendoza | |
| DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing
is set for ___February 21___ , ___2008___ , at _2:00_ ☐ a.m. / ☑ p.m. before the
Honorable ___Eick___ , in Courtroom _20_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___2/19/08___                    _____
                                        U.S. District Judge/Magistrate Judge